# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BOYAN S DENKOV | § | Case No. 16-36589 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/16/2016 . The undersigned trustee was appointed on 11/16/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 132,058.20 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 20,769.70 |
| Bank service fees | 786.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 110,501.91 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/28/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,852.91 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,852.91 , for a total compensation of $ 9,852.91 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 26.38 , for total expenses of $ 26.38 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/26/2019                By:/s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-36589 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | BOYAN S DENKOV | | | | Date Filed (f) or Converted (c): | 11/16/2016 (f) |
| | | | | | 341(a) Meeting Date: | 12/13/2016 |
| For Period Ending: | 03/26/2019 | | | | Claims Bar Date: | 08/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 11325 S. MARATHON LN PLAINFIELD IL 60585-0000 WILL | 119,000.00 | 238,000.00 | | 0.00 | FA |
| 2. 640 BEAVER COURT NAPERVILLE IL 60563-0000 DUPAGE | 57,750.00 | 175,000.00 | | 18,000.00 | FA |
| 3. LP343, LP 336, LP 341 GRADETS, BULGARIA | 5,800.00 | 5,800.00 | | 0.00 | FA |
| 4. 17 KONSTANTIN FOTINEV ENTR. A, FL 3, APT NO 6 VIDIN, BULGAR | 12,450.00 | 24,900.00 | | 4,500.00 | FA |
| 5. 2001 FREIGHTLINER FLD120 MILEAGE: >1,000,000 LOCATION: 11325 | 5,000.00 | 5,000.00 | | 6,154.10 | FA |
| 6. 2000 WABASH REEFER TRAILER MILEAGE: 18,000 HOURS LOCATION: 1 | 5,000.00 | 5,000.00 | | 3,404.10 | FA |
| 7. 2012 TOYOTA COROLLA MILEAGE: 13,500 | 9,425.00 | 9,425.00 | | 0.00 | FA |
| 8. 3 COUCHES, TV, TABLE W/6 CHAIRS, SIDE TABLES, TV STAND, L:OW | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. DVD PLAYER, PRINTER/FAX, STEREO RECEIVER LOCATION: 11325 S. | 0.00 | 0.00 | | 0.00 | FA |
| 10. PICTURES, COMPACT DISKS LOCATION: 11325 S. MARATHON LN, PLAI | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2 RECUMBENT BIKES LOCATION: 11325 S. MARATHON LN, PLAINFIELD | 0.00 | 0.00 | | 0.00 | FA |
| 12. NECESSARY WEARING APPAREL LOCATION: 11325 S. MARATHON LN, PL | 300.00 | 0.00 | | 0.00 | FA |
| 13. BANK OF AMERICA XXXXXXXX1079 PLAINFIELD BRANCH | 600.00 | 0.00 | | 0.00 | FA |
| 14. BOGY'S ENTERPRISE 640 BEAVER COURT, NAPERVILLE 60563 | 0.00 | 0.00 | | 0.00 | FA |
| 15. IRA WITH WELLS FARGO ADVISORS SOLUTIONS ONE N JEFFERSON AVE. | 324.87 | 0.00 | | 0.00 | FA |
| 16. Steven Kamenoff Living Trust (Inheritance) (u) | 0.00 | 847,273.01 | | 100,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $217,649.87 | $1,310,398.01 | $132,058.20 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filed Motion to Ext 727 on 2/10/2017 see Dkt# 17. Filed Motion to Employ Counsel on 4/3/17 see Dkt#21. Filed Motion to Employ Auctioneer 10/26/17 see Dkt#32. Filed Motion for Turnover of Property on 11/3/17 see Dkt# 34.  Report of sale from auction filed 12/11/17 see Dkt#36.  As of 12-21-2017--Investigation into liquidation of rental property, Asset # 2, continues or possible settlement with Debtor for equity buy-out; and  investigation into Bulgarian Properties, Assets # 3 and 4, continues for possible sale to foreign investor. Motion for turnover of funds in Trust filed 4/27/2018. Motion for civil contempt filed 5/11/2018. Motion to Settle/Compromise equity in residence and foreign property 5/15/2018. Motion to Approve Compromise/Settlement for trust property 8/30/2018. Claims review process continues.

RE PROP #     1    --    Held in TBE with non-filing spouse.
RE PROP #     5    --    See dckt# 34
RE PROP #     6    --    See dckt# 34
RE PROP #    16    --    See court order

Initial Projected Date of Final Report (TFR): 06/01/2018        Current Projected Date of Final Report (TFR): 03/01/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No.: | 16-36589 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | BOYAN S DENKOV | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1636 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8219 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/26/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Court Approved Auction Proceeds See court order dckt# 34 | | $9,558.20 | | $9,558.20 |
| | | | Gross Receipts     $9,558.20 | | | | |
| | 5 | | 2001 FREIGHTLINER FLD120 MILEAGE: >1,000,000 LOCATION: 11325     $6,154.10 | 1129-000 | | | |
| | 6 | | 2000 WABASH REEFER TRAILER MILEAGE: 18,000 HOURS LOCATION: 1     $3,404.10 | 1129-000 | | | |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.46 | $9,546.74 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.19 | $9,532.55 |
| 02/08/18 | 1001 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $4.05 | $9,528.50 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.80 | $9,515.70 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.15 | $9,501.55 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.67 | $9,487.88 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.11 | $9,473.77 |
| 06/22/18 | | The Steven Kamenoff Living Trust None available | Settlement payment See dckt# 60 | | $22,500.00 | | $31,973.77 |
| | | | Gross Receipts     $22,500.00 | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $32,058.20        $84.43

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-36589 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: BOYAN S DENKOV | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1636 |
| | Checking |
| Taxpayer ID No: XX-XXX8219 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/26/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 2 | | 640 BEAVER COURT NAPERVILLE IL 60563-0000 DUPAGE | $18,000.00 | 1110-000 | | |
| | 4 | | 17 KONSTANTIN FOTINEV ENTR. A, FL 3, APT NO 6 VIDIN, BULGAR | $4,500.00 | 1110-000 | | |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $20.10 | $31,953.67 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $47.50 | $31,906.17 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $47.44 | $31,858.73 |
| 09/27/18 | 16 | Gregory K. Stern, P.C. 53 W Jackson Blvd, Ste 1442 Chicago, IL 60604-3536 | Court Approved settlement See dckt# 68 | | 1249-000 | $100,000.00 | | $131,858.73 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $60.23 | $131,798.50 |
| 111/06/18 | 1002 | FactorLaw 105 W. Madison, Suite 1500 Chicago, IL 60602 | Distribution See Dckt# 71 | | | | $20,731.13 | $111,067.37 |
| | | FactorLaw | ($20,547.50) | | 3210-000 | | | |
| | | FactorLaw | ($183.63) | | 3220-000 | | | |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $195.90 | $110,871.47 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $170.46 | $110,701.01 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $164.58 | $110,536.43 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*         Page Subtotals:         $100,000.00    $21,437.34

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-36589 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: BOYAN S DENKOV | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1636 |
| | Checking |
| Taxpayer ID No: XX-XXX8219 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/26/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/19 | | Transfer to Acct # xxxxxx0105 | Transfer of Funds | 9999-000 | | $110,536.43 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $132,058.20 | $132,058.20 |
| Less: Bank Transfers/CD's | $0.00 | $110,536.43 |
| Subtotal | $132,058.20 | $21,521.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $132,058.20 | $21,521.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Page Subtotals:     $0.00     $110,536.43

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-36589 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | BOYAN S DENKOV | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0105 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8219 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 03/26/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/19 | | Transfer from Acct # xxxxxx1636 | Transfer of Funds | 9999-000 | $110,536.43 | | $110,536.43 |
| 03/01/19 | 2001 | LTD International Sureties<br>701 Poydras Street<br>New Orleans, LA 70139 | 2019 Bond Disbursement | 2300-000 | | $34.52 | $110,501.91 |

| | | |
|---|---|---|
| COLUMN TOTALS | $110,536.43 | $34.52 |
| Less: Bank Transfers/CD's | $110,536.43 | $0.00 |
| Subtotal | $0.00 | $34.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $34.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*     Page Subtotals:     $110,536.43     $34.52

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0105 - Checking | $0.00 | $34.52 | $110,501.91 |
| XXXXXX1636 - Checking | $132,058.20 | $21,521.77 | $0.00 |
|  | $132,058.20 | $21,556.29 | $110,501.91 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $132,058.20 |
| Total Gross Receipts: | $132,058.20 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-36589  
Debtor Name: BOYAN S DENKOV  
Claims Bar Date: 8/28/2017  

Date: March 26, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $9,852.91 | $9,852.91 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $26.38 | $26.38 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | See dckt# 70 | $0.00 | $20,847.50 | $20,547.50 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | See dckt# 70 | $0.00 | $183.63 | $183.63 |
| 1 300 7100 | WELLS FARGO BANK, N.A.<br>SMALL BUSINESS LENDING DIVISION<br>P.O. BOX 29482<br>PHOENIX, AZ 85038-8650 | Unsecured<br>Payment Status:<br>Valid To Pay | | $11,957.18 | $12,133.69 | $12,133.69 |
| 2 300 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,051.52 | $15,051.52 |
| 3 300 7100 | BMO HARRIS BANK N.A.<br>200 S MICHIGAN AVE STE 1100<br>CHICAGO, IL 60604 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,164.80 | $5,164.80 |
| 4 300 7100 | BMO HARRIS BANK<br>HOWARD & HOWARD ATTORNEY ATTN: DANIEL RUBIN<br>200 S MICHIGAN AVE SUITE 1100<br>CHICAGO IL 60010 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $32,665.96 | $32,665.96 |
| 5 300 7100 | BMO HARRIS BANK N.A.<br>200 S MICHIGAN AVE STE 1100<br>CHICAGO, IL 60604 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $98,898.60 | $98,898.60 |

Page 1  Printed: March 26, 2019

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-36589  
Debtor Name: BOYAN S DENKOV  
Claims Bar Date: 8/28/2017  
Date: March 26, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals | | | $11,957.18 | $194,824.99 | $194,524.99 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-36589
Case Name: BOYAN S DENKOV
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 110,501.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 9,852.91 | $ 0.00 | $ 9,852.91 |
| Trustee Expenses: Peter N. Metrou | $ 26.38 | $ 0.00 | $ 26.38 |
| Attorney for Trustee Fees: FactorLaw | $ 20,547.50 | $ 20,547.50 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 183.63 | $ 183.63 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,879.29 |
| Remaining Balance | $ | 100,622.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 163,914.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 61.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO BANK, N.A. | $ 12,133.69 | $ 0.00 | $ 7,448.54 |
| 2 | AMERICAN EXPRESS BANK, FSB | $ 15,051.52 | $ 0.00 | $ 9,239.71 |
| 3 | BMO HARRIS BANK N.A. | $ 5,164.80 | $ 0.00 | $ 3,170.53 |
| 4 | BMO HARRIS BANK | $ 32,665.96 | $ 0.00 | $ 20,052.73 |
| 5 | BMO HARRIS BANK N.A. | $ 98,898.60 | $ 0.00 | $ 60,711.11 |
| | Total to be paid to timely general unsecured creditors | | | $ 100,622.62 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE