UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BOYAN S DENKOV | § | Case No. 16-36589 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on May 3, 2019,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  4/2/19         By: /s/ Peter N. Metrou
                                            Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-36589 |
| | ) | CHAPTER 7 |
| **BOYAN S. DENKOV,** | ) | |
| | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 2nd day of April, 2019, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

   */s/ Peter N. Metrou*
   **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

1

**Sent Via First Class Mail**

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879

Bank of America
Nc4-105-03-14
PO Box 26012
Greensboro, NC 27420-6012

BMO Harris Bank N.A.
P.O. Box 71951
Chicago, IL 60694-1951

BMO Harris Bank
Howard & Howard
Attorney attn: Daniel Rubin
200 S Michigan Ave Suite 1100
Chicago IL 60604-2461

Boyan S Denkov
11325 S. Marathon Ln
Plainfield, IL 60585-6133

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Consumer Financial Services
4 Research Dr., Ste 102
Shelton, CT 06484-6242

Fleet One
Greenberg Grant & Richards, Inc.
PO Box 571811
Houston, TX 77257-1811

GE Transportation Finance
PO Box 642222
Pittsburgh, PA 15264-2222

Kinetic Leasing, Inc.
3345 39th Street S, Ste 2
Fargo, ND 58104-7539

Wells Fargo Business Direct
MAC S4101-050
PO Box 29482
Phoenix, AZ 85038-9482

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Seterus Inc
14523 SW Millikan Way St
Beavertton, OR 97005-2352

TOYOTA MOTOR CREDIT
CORPORATION
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

TOYOTA MOTOR CREDIT
CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC
X7801-014

**Sent Via ECF**

William D Cherny
Cherny Law Offices, PC
111 E. Jefferson Ave.
Naperville, IL 60540-4791

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
 §
BOYAN S DENKOV § Case No. 16-36589
 §
 §
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 132,058.20 |
| and approved disbursements of | $ | 21,556.29 |
| leaving a balance on hand of[1] | $ | 110,501.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 9,852.91 | $ 0.00 | $ 9,852.91 |
| Trustee Expenses: Peter N. Metrou | $ 26.38 | $ 0.00 | $ 26.38 |
| Attorney for Trustee Fees: FactorLaw | $ 20,547.50 | $ 20,547.50 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 183.63 | $ 183.63 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,879.29 |
| Remaining Balance | $ | 100,622.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 163,914.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 61.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | WELLS FARGO BANK, N.A. | $ 12,133.69 | $ 0.00 | $ 7,448.54 |
| 2 | AMERICAN EXPRESS BANK, FSB | $ 15,051.52 | $ 0.00 | $ 9,239.71 |
| 3 | BMO HARRIS BANK N.A. | $ 5,164.80 | $ 0.00 | $ 3,170.53 |
| 4 | BMO HARRIS BANK | $ 32,665.96 | $ 0.00 | $ 20,052.73 |
| 5 | BMO HARRIS BANK N.A. | $ 98,898.60 | $ 0.00 | $ 60,711.11 |
| | Total to be paid to timely general unsecured creditors | | | $ 100,622.62 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.